1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant HERCULES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00005 CW |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS HEARING ON SUPERVISED RELEASE VIOLATION** |
| v. | ) ) | |
| DARREN HERCULES, | ) ) | Hearing Date: October 20, 2010 Requested Date: November 12, 2010 |
| Defendant. | ) ) | |

It is hereby stipulated between counsel for Darren Hercules, Angela M. Hansen, and Assistant United States Attorney Garth Hire, that the status hearing date of October 20, 2010 should be continued to November 12, 2010, at 10:00 a.m., before the sitting United States Magistrate Judge. The parties have conferred with United States Probation Officer Emily Libby, and Ms. Libby reports that she is in agreement with this continuance.

This case involves a supervised release violation. On February 26, 2010, the United States Probation Office filed a Form 12 Petition alleging that Mr. Hercules committed two new state offenses in violation of his supervised release. On September 10, 2010, Mr. Hercules made his initial appearance in Federal Court on the Petition.

Counsel for Mr. Hercules requests this continuance because she needs additional time to investigate the underlying charges in the Form 12. The first charge involves an incident in Napa, California, and that case has not yet been resolved. The second charge involves a domestic

1 violence incident in Oakland, California, and defense counsel is currently investigating the
2 circumstances of the incident alleged in the petition.  Because defense counsel needs additional
3 time to investigate this case, the parties agree that a continuance until November 12, 2010 would
4 be appropriate.  Counsel for Mr. Hercules spoke with Officer Libby, and the Probation Office is
5 in agreement with this continuance.  Because this is a supervised release petition, the parties
6 further agree that the Speedy Trial Act does not apply.

7 DATED:     October 18, 2010                    /S/

_____
GARTH HIRE
Assistant United States Attorney

11 DATED:     October 18, 2010                    /S/

_____
ANGELA M. HANSEN
Assistant Federal Public Defender

1

**ORDER**

2  Based on the reasons provided in the stipulation of the parties above, and for good cause,

3  the status hearing presently set for October 20, 2010, at 10:00 a.m., is hereby continued to

4  November 12, 2010, at 10:00 a.m., before the sitting United States Magistrate Judge.

5

6  Dated: October 19, 2010                                    _____

                                                                               DONNA M. RYU

7                                                                                 United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1